## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **LONIE HENRY** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO.: 3:18CV438CWR-FKB** |
| **NESHOBA COUNTY, MS, et al** | **DEFENDANTS** |

### ORDER OF DISMISSAL

The parties to this civil action have announced to the Court a settlement of their dispute. Although the settlement requires Tribal Court approval, this case need not remain on the active docket of this Court while that approval is sought.

**IT IS, THEREFORE, ORDERED** that this case is hereby dismissed with prejudice as to all parties. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorney's fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to execute or comply with the settlement agreement.

The Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED,** this the 29th day of April, 2020.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE